UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PNC BANK NATIONAL ASSOCIATION,

    Plaintiff,

    v.

ALBERT MEDINA, et al.,

    Defendants.
_____/

No. C 10-5069 PJH

**ORDER**

    Defendants Albert Medina and Virginia Medina removed this action from the Superior Court of California, County of San Joaquin on November 9, 2010. On November 23, 2010, the court remanded the case for lack of subject matter jurisdiction. At the time of removal, each defendant also filed a motion for leave to proceed in forma pauperis ("IFP"). The court finds that the IFP requests should be GRANTED. Defendants need not pay the filing fee which was due at the time of removal.

**IT IS SO ORDERED.**

Dated: November 24, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge